# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DWIGHT L. ALLEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| TOMMY GREGORY, Sheriff; DR. CHARLES HARDEN; and GRANT PORTER, | : | |
| | : | |
| Defendants. | : | NO. CV209-146 |

## ORDER

On November 2, 2009, Magistrate Judge James E. Graham entered a report and recommendation suggesting dismissal of Plaintiff's case. Judge Graham concluded that Allen had not suffered any deliberate indifference to his serious medical needs.

After an independent review of Allen's objection to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case and hereby **ADOPTS** the report and recommendation as the order of the Court. Plaintiff's objection is **OVERRULED**. Dkt. No. 9. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this ___4th___ day of February, 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA